MICHELLE B. HEVERLY, Bar No. 178660
ERICA H. KELLEY, Bar No. 221702
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
Telephone: 408.998.4150

Attorneys for Defendant
PATTERSON DENTAL SUPPLY, INC.

GALEN T. SHIMODA, Bar No. 226752
VICTORIA M. CIGANDA, Bar No. 215719
SHIMODA LAW CORP.
9563 Laguna Springs Drive, Suite 200
Elk Grove, California 95758
Telephone : (916) 525-0716
Facsimile: (916) 525-9456

Attorneys for Plaintiff
JAYNIE ULM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAYNIE ULM,<br><br>    Plaintiff,<br><br>  v.<br><br>PATTERSON DENTAL SUPPLY, INC., a California Corporation, and DOES 1 through 100, Inclusive,<br><br>    Defendants. | Case No. 2:09-cv-00138-LKK-KJM<br><br>**STIPULATED REQUEST TO MODIFY THE SCHEDULING ORDER REGARDING EXPERT DISCLOSURES AND ORDER THEREON** |

Defendant Patterson Dental Supply Inc. ("Defendant") and Plaintiff Jaynie Ulm ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

1. On March 26, 2009, the parties submitted a joint status report regarding specified discovery-related deadlines, including Disclosure of Expert Testimony, which stated the parties intent that the disclosures would be completed within the timeframe stated in Federal Rules of Civil Procedure, Rule 26(a)(2)(C);

(NO. 2:09CV00138)      **STIPULATION TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

LITTLER MENDELSON
A Professional Corporation
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

PDF created with pdfFactory trial version www.pdffactory.com

2. The parties attended this Court's Status Conference on April 6, 2009, wherein specific discovery deadlines were discussed, including augmenting the expert disclosures from "90 days to 120 days";

3. Counsel for Defendant understood this augmented timeframe to relate to the timeframe specified in Rule 26(a)(2)(C), which states the disclosures must be made "at least 90 days before the date set for trial or for the case ready for trial....";

4. Upon review of the Court's Scheduling Order filed on April 8, 2009, counsel for Defendant noted that Expert Disclosures were due 120 days before the close of discovery, by May 8, 2009;

5. After discussion between plaintiff's and defendant's counsel, the parties agree that there was a misunderstanding concerning the expert disclosure dates during the Status Conference which was not realized until the Court issued the Order. Accordingly, the parties hereby respectfully request that the Court modify its Scheduling Order only with regard to the Expert Discovery deadline;

6. The parties request such a modification based on the fact that initial disclosures, pursuant to the parties' agreement and this Court's Order, are due April 20, 2009, therefore no discovery has been conducted to date, including Plaintiff's mitigation efforts and details related to her subsequent employment that are crucial to an expert economist providing a report and testimony on damages;

7. The parties agreed to utilize this Court's Alternative Dispute Resolution program, thus the expense of retaining an expert to create such a damage analysis before ADR would be an unnecessary cost that may be avoided if the expert discovery deadline were moved;

8. The parties agree that changing the date for expert disclosures will not effect any other dates contained in the Court's Order and no further modification of

LITTLER MENDELSON
A Professional Corporation
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

PDF created with pdfFactory trial version www.pdffactory.com

the Order is necessary;

9. Based on the foregoing, the parties respectfully request that the Expert Disclosure deadline be 120 days before the current pre-trial conference set for February 8, 2010 with close of Expert Discovery to be 60 days before the pre-trial conference.

Dated: April 13, 2009

    /s/   Erica H. Kelley
ERICA H. KELLEY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
PATTERSON DENTAL SUPPLY, INC.

Dated: April 13, 2009

   /s/ Victoria M. Ciganda
(as authorized on April 10, 2009.)
VICTORIA M. CIGANDA
SHIMODA LAW CORP.
Attorneys for Plaintiff JAYNIE ULM

LITTLER MENDELSON
A Professional Corporation
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. 2:09CV00138)     3.     **STIPULATION TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based upon the Stipulation and Request to Modify the Scheduling Order and good cause stated therein,

IT IS ORDERED that the expert disclosure date will be no later than 120 days before the Final Pretrial Conference and the expert discovery shall be completed no later than 60 days before the Final Pretrial Conference.

Dated: April 21, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. 2:09CV00138)     4.     **STIPULATION TO MODIFY SCHEDULING ORDER AND [PROPOSED] ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com