1 Galen T. Shimoda (Cal. State Bar No. 226752)
2 Victoria M. Ciganda (Cal. State Bar No. 215719)
**Shimoda Law Corp.**
3 9563 Laguna Springs Drive, Suite 200
Elk Grove, CA 95758
4 Telephone: (916) 525-0716
Facsimile:  (916) 525-9456
5
Attorneys for Plaintiff JAYNIE ULM
6

7
Michelle B. Heverly (Cal. State Bar No. 178660)
8 Erica H. Kelley (Cal. State Bar No. 221702)
**Littler Mendelson, P.C.**
9 50 West Fernando Ave., 15th Floor
San Jose, CA 95113
10 Telephone: (408) 998-4150
Facsimile:  (408) 288-5686
11
Attorneys for Defendant PATTERSON DENTAL SUPPLY, INC.
12

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| JAYNIE ULM, | Case No.: 2:09-CV-00138-LKK-KJM |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER [FRCP 41(a)(1)]** |
| PATTERSON DENTAL SUPPLY, INC. | |
| Defendants. | |

//

//

//

//

//

---

1
**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff JAYNIE ULM and counsel for Defendant PATTERSON DENTAL SUPPLY, INC. that, pursuant to Federal Rule of Civil Procedure 41(a)(1), the action filed in the United States District Court for the Eastern District of California, entitled *Jaynie Ulm v. Patterson Dental Supply, Inc., Case No. 2:09-CV-00138-LKK-KJM,* be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its or her own costs and attorneys' fees.

Dated: September 24, 2009         **SHIMODA LAW CORP.**

                                  By:   /s/  Victoria M. Ciganda
                                        VICTORIA M. CIGANDA
                                        Attorney for Plaintiff

Dated: September 29, 2009         **LITTLER MENDELSON**

                                  By:   /s/  Michelle B. Heverly
                                        MICHELLE B. HEVERLY
                                        Attorney for Defendant

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

  **IT IS HEREBY ORDERED** that, based on the Stipulation of Dismissal, the action filed in the United States District Court for the Eastern District of California, entitled *Jaynie Ulm v. Patterson Dental Supply, Inc., Case No. 2:09-CV-00138-LKK-KJM,* is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its or her own costs and attorneys' fees.

Dated: September 30, 2009

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com